| CASE NO. | SUMMONS NO. | |
|---|---|---|
| CV10739098 | D1 CM | 16407544 |

Rule 4 (B) Ohio

Rules of Civil Procedure

**SUMMONS**

6002267 CH

NAKITA L. TERRELL          PLAINTIFF
           VS
NATIONAL CREDIT SOLUTIONS, LLC   DEFENDANT

NATIONAL CREDIT SOLUTIONS LLC
C/O BRETT EVANS, STAT AGT
3675 EAST I-240 SERVICE ROAD
OKLAHOMA CITY OK 73135-0000

You have been named defendant in a complaint (copy attached hereto) filed in Cuyahoga County Court of Common Pleas, Cuyahoga County Justice Center, Cleveland, Ohio 44113, by the plaintiff named herein.

You are hereby summoned and required to answer the complaint within 28 days after service of this summons upon you, exclusive of the day of service.

RECEIVED BY: OCT 25 2010

Said answer is required to be served on:



Said answer is required to be served on Plaintiff's Attorney (Address denoted by arrow at left.)

Plantiff's Attorney

GENE M LIM
THE LEPRI BUILDING

8775 OLDE EIGHT ROAD
NORTHFIELD, OH 44067-0000

Your answer must also be filed with the court within 3 days after service of said answer on plaintiff's attorney.

If you fail to do so, judgment by default will be rendered against you for the relief demanded in the complaint.

Case has been assigned to Judge:

DICK AMBROSE
Do not contact judge. Judge's name is given for attorney's reference only.

GERALD E. FUERST
Clerk of the Court of Common Pleas



DATE
Oct 15, 2010        By _____
                         Deputy

COMPLAINT FILED   10/14/2010

CMSN130

# IN THE COURT OF COMMON PLEAS
## CUYAHOGA COUNTY, OHIO

| | | |
|---|---|---|
| NAKITA L. TERRELL<br>1858 Lakeview Rd.<br>Cleveland, Ohio 44112 | )<br>)<br>)<br>) | CASE NO.: |
| Plaintiff, | )<br>)<br>) | JUDGE: |
| vs. | )<br>) | |
| NATIONAL CREDIT SOLUTIONS, LLC<br>c/o Brett Evans, Statutory Agent<br>3675 East I-240 Service Road<br>Oklahoma City, OK 73135 | )<br>)<br>)<br>)<br>) | COMPLAINT FOR MONEY DAMAGES AND OTHER RELIEF |
| Defendant. | )<br>) | |

Now comes Nakita L. Terrell, by and through her undersigned counsel, and for her claims against Defendant states as follows:

### FACTS COMMON TO ALL CAUSES OF ACTION

1. Plaintiff, Nakita L. Terrell (the "Plaintiff"), is an individual residing in Cuyahoga County, Ohio.

2. Defendant National Credit Solutions, LLC., is a "debt collector" as defined by the Fair Debt Collection Practices Act ("FDCPA") (15 USCA §1692, et seq.).

3. Defendant has been, and continues to, supply certain false, misleading and derogatory information to various credit reporting agencies about Plaintiff.

4. Plaintiff has demanded, in writing, that Defendant cease publishing this false and derogatory information to third parties, however, Defendant has failed and refused to cease in these actions.

## COUNT I: DEFAMATION

5. Plaintiff incorporates each of the preceding paragraphs as if fully set forth herein.

6. Defendant made false and malicious publications against Plaintiff with an intent to injure Plaintiff's reputation, or to expose her to public contempt, ridicule, shame, or disgrace or to affect her injuriously in her trade, business or profession.

7. Plaintiff has been damaged by Defendant's defamation, and will continue to be damaged, until such matters are fully corrected.

8. Despite notice received by Defendant and from Plaintiff to correct the information being reported and to discontinue such supply of defamatory information, Defendant failed and refused to do so.

9. Defendant's defamation is the cause-in-fact and proximate cause of the damages suffered by Plaintiff, which includes loss of credit, damage to reputation, trade, and business, in addition to further damages set forth at or before the end of this Complaint.

## COUNT II: VIOLATIONS OF FAIR CREDIT REPORTING ACT ("FCRA")

10. Plaintiff incorporates each of the preceding paragraphs as if fully set forth herein.

11. Pursuant to the provisions of the Fair Credit Reporting Act ("FCRA"), Section 1681 et seq., Title 15, U.S.Code, upon notification by Plaintiff to Defendant that certain information it was reporting was inaccurate, Defendant had a duty to investigate such inaccurate reporting of information and to correct any inaccuracies.

12. Defendant willfully and/or negligently failed and/or refused to correct the false and misleading information reported, as set forth above.

13. Based upon the above cited willful and/or negligent violations of the FCRA, Plaintiff seeks damages against Defendant, in an amount set forth at or before the end of this Complaint, in addition to punitive damages and reasonable attorneys' fees as provided in said Act.

## COUNT III: VIOLATION OF FAIR DEBT COLLECTIONS PRACTICES ACT ("FDCPA")

14. Plaintiff incorporates each of the preceding paragraphs as if fully set forth herein.

15. Pursuant to the provisions of the Fair Debt Collections Practices Act ("FDCPA"), Section 1692(e)(2), Defendant had a duty to refrain from making false representations concerning the amount or legal status of any debt, or using false information to collect the debt and from collecting any amount unless such amount is expressly permitted by law.

16. Defendant violated the provisions of the FDCPA by intentionally and/or negligently supplying the various credit reporting agencies with the false

3

information, as set forth above and by attempting to collect a debt not permitted by law.

17. Defendant's conduct in attempting to collect from Plaintiff has further violated the FDCPA.

18. Based upon the above cited willful and/or negligent violations of the FDCPA, Plaintiff seeks damages against Defendant in an amount set forth at or before the end of this Complaint, in addition to punitive damages and attorneys' fees as provided in said Act.

## COUNT IV: CONSUMER SALES PROTECTION ACT

## ("CSPA")

19. Plaintiff incorporates each of the preceding paragraphs as if fully set forth herein.

20. By violating the FDCPA, Defendant has violated the Ohio Consumer Sales Practices, Act ("CSPA"). (See *Liggins v. May Company* (1977), 53 Ohio Misc. 21, 373).

21. By violating the FCRA, Defendant has violated the CSPA.

22. As a result of Defendant's violations of the CSPA, Plaintiff is entitled to compensatory damages, treble damages and attorney's fees.

WHEREFORE, Plaintiff prays for judgment against Defendant in the amount of $15,000.00, and for punitive damages in the amount of $25,000.00, reimbursement for all reasonable attorneys' fees expended, along with the affirmative relief that Defendant be ordered to immediately act to correct all false, inaccurate, incorrect and misleading information contained within the reports of all credit reporting companies,

in addition to any further relief as this Honorable Court shall find, make, and Order in this Cause, with all Court and Litigation costs of this action to be assessed against Defendant.

                                                                         _____

GENE M. LIM (0059104)
Gene M. Lim, Attorney At Law, LLC
8775 Olde Eight Road
Northfield Center, Ohio 44067
(330) 467.0122 P
(330) 467.0144 F
glim@glimlaw.com
Attorney for Plaintiff